UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| United States of America | | Plaintiff |
|---|---|---|
| v. | Case No.: 4:22−cr−00072−BRW | |
| Alex McIntosh | | Defendant |

## NOTICE OF HEARING

     PLEASE take notice that a Arraignment has been set in this case for October 6, 2022, at 02:30 PM before Magistrate Judge Edie R. Ervin in Little Rock Courtroom # 2A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 5, 2022                             AT THE DIRECTION OF THE COURT
                                                                                      TAMMY H. DOWNS, CLERK

                                                                              **By:** Tenesha J. Brown, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas