## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs**  4:22-CR-00072-2-BRW

**ALEX MCINTOSH,**

**Defendant.**

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant Alex McIntosh, concerning their financial ability to employ counsel, Alex McIntosh is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Erin C Cassinelli is appointed to represent Alex McIntosh in all further proceedings.

IT IS SO ORDERED this date of 10/6/2022.

/s/ Edie R Ervin

UNITED STATES MAGISTRATE JUDGE